## Commonwealth ex rel. Neal, Appellant, *v.* Banmiller.

Submitted October 10, 1957. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Paul Neal,* appellant, in propria persona.

*Joseph S. Lilienthal,* Assistant District Attorney, *Robert M. Harris,* District Attorney, for appellee.

OPINION PER CURIAM, November 12, 1957:
The order of the court below is affirmed on the opinion of Judge CURRAN, as reported in 9 Pa. D. & C. 2d 745.